UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>George Peake<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   18-16544<br><br>Chapter:  13<br>Honorable Deborah L. Thorne |

### Order Granting Debtor's Motion for Turnover

For the reasons expressed in this court's accompanying Memorandum Opinion, it is hereby ORDERED, ADJUDGED, and DECREED that:
(1) The Debtor's Motion is GRANTED;
(2) The City shall release the Debtor's 2007 Lincoln MKZ to the Debtor by 5:00 PM on August 17, 2018.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: 8/15/2018

**Prepared by:**